UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-600 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| VICTOR ANTONIO ROJAS-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1: Making False Statements in Application for Passport in violation of 18 U.S.C. § 1542.

Date of Detention Hearing:   January 8, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    It appears from the Pretrial Services Report Defendant was born in Mexico.

    (2)    The Assistant United States Attorney proffered that an immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

(3) Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

(4) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of January, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge